**Order entered February 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00065-CV

**JERRY, MARSHA AND JASON CHAMBERS, Appellant**

**V.**

**ALLSTATE INSURANCE COMPANY, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 87353-422**

## ORDER

The Court has before it the motion of appellants, Jerry, Marsha and Jason Chambers, for an extension of time to file their letter brief concerning the Court's jurisdiction over this appeal. The Court **GRANTS** the motion. Accordingly, appellants shall file, within 10 days of the date of this order, a jurisdictional letter brief *of no more than 3 pages* explaining how this Court has jurisdiction over this appeal. Appellees may file a responsive letter brief of no more than 3 pages within 10 days of appellant's brief. If either party will be relying on information not in the record before this Court that party must obtain a supplemental clerk's record from the trial court containing that information.

/s/     ADA BROWN
        JUSTICE